UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAUREEN PERCOPO,**

      **Plaintiff,**

v.                                                 Case No. 6:23-cv-37-ACC-LHP

**COMMISISONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on appeal from the final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security Disability Insurance Benefits.

The United States Magistrate Judge has submitted a report recommending that the final decision be **AFFIRMED**.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 18, 2023 (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security Disability Insurance Benefits is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to terminate pending motions, enter judgment, accordingly, and **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2024.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record